UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JUSTINE GUERRERO | CIVIL ACTION NO. 6:25-CV-00741 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| PHYSICIANS UNITY P A | MAGISTRATE JUDGE DAVID J. AYO |

## **ORDER**

Now before this Court is a MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND TO COMPEL ARBITRATION filed by Physicians Unity, P.A. d/b/a Woundcentrics ("Woundcentrics") on July 30, 2025. (Rec. Doc. 13). Plaintiff Justine Guerrero ("Guerrero") filed a FIRST AMENDED COMPLAINT (Rec. Doc. 18) on August 20, 2025 and an opposition to the motion to dismiss on the same date (Rec. Doc. 19).

In keeping with the prevailing procedure in this and a majority of courts of appeal and district courts, Woodcentrics' motion is, accordingly, MOOT. *See, e.g.*, *Beroid v. LaFleur*, 2022 WL 396165 (W.D. La. Jan. 24, 2022), adopted by, 2022 WL 393630 (W.D. La. Feb. 8, 2022); *Deshotel v. PayPal, Inc.*, 2019 WL 4010992 (W.D. La. Aug. 22, 2019); *Probado Techs. Corp. v. Smartnet, Inc.*, 2010 WL 918573 (S.D. Tex. Mar. 12, 2010). It is further

ORDERED that Woodcentrics may renew its motion if appropriate, may adopt the arguments contained in its first motion by reference, and may supplement such arguments if appropriate. Should Woodcentrics file such renewed motion to dismiss, Guerrero shall file any desired opposition within TEN DAYS of such filing. Woodcentrics may file any desired reply within SEVEN DAYS of the filing of any

opposition by Guerrero.

Signed at Lafayette, Louisiana on this 24th day of September, 2025.

_____
David J. Ayo
United States Magistrate Judge