**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

JUSTINE GUERRERO                         CIVIL ACTION NO.  6:25-0741

VERSUS                                   JUDGE S. MAURICE HICKS, JR.

PHYSICIANS UNITY P A                     MAGISTRATE JUDGE DAVID J. AYO

**JUDGMENT**

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation.  After an independent review of the record and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, to Compel Arbitration [Doc. 26] filed by Defendant Physicians Unity, P.A. d/b/a WoundCentrics is **GRANTED IN PART** such that this suit is **ADMINISTRATIVELY CLOSED** and Plaintiff Justine Guerrero is **COMPELLED** to arbitrate all claims pursuant to the Alternative Dispute Resolution Agreement executed by the parties.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 1st day of June, 2026.

_____
S. Maurice Hicks, Jr.
United States District Judge